IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re:                                                     : Chapter 11
                                                           :
STARRY GROUP HOLDINGS, INC., *et al.*,[1]                  : Case No. 23-10219 (KBO)
                                                           :
         Debtors.                                          : (Jointly Administered)
                                                           :
---------------------------------------------------------- x

### NOTICE OF AMENDED[2] AGENDA OF HEARING ON MATTERS SCHEDULED FOR MARCH 22, 2023 AT 2:00 P.M. (ET)

> **Hearing Instructions**
>
> **The hearing will be conducted entirely over Zoom and requires all participants to register no later than 11:00 a.m. (ET) on March 22, 2023.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsc-2hrjIrGYmXN7fHM1aSEio6OxH6sqs
>
> **All individuals participating by video must register at least two hours prior to the hearing.** After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

**ADJOURNED MATTERS**

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Starry Group Holdings, Inc. (9355); Starry, Inc. (9616); Connect Everyone LLC (5896); Starry Installation Corp. (7000); Starry (MA), Inc. (2010); Starry Spectrum LLC (N/A); Testco LLC (5226); Starry Spectrum Holdings LLC (9444); Widmo Holdings LLC (9208); Vibrant Composites Inc. (8431); Starry Foreign Holdings Inc. (3025); and Starry PR Inc. (1214). The debtors' address is 38 Chauncy Street, Suite 200, Boston, Massachusetts 02111.

[2] **Amendments appear in bold.**

30146358.2

Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 18, 2/20/22]

Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET).  Extended for the Official Committee of Unsecured Creditors through March 24, 2023.

Related Documents:

    A.  Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 72, 2/23/23]

    B.  Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

Objections Filed:

Status: This matter has been adjourned to the hearing scheduled for March 31, 2023, at 10:00 a.m. (ET)

**RESOLVED MATTERS**

2. Motion of Debtors for Entry of Order (I) Authorizing Assumption and Assignment of Executory Contracts and Unexpired leases, (II) Establishing Assumption Procedures, and (III) Granting Related Relief [D.I. 44, 2/21/23]

    Objection Deadline:    March 7, 2023 at 4:00 p.m. (ET)

    Related Documents:

        A.  Certification of Counsel [D.I. 120, 3/11/23]

        B.  Order (I) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Establishing Assumption Procedures, and (III) Granting Related Relief [D.I. 127, 3/14/23]

    Objections Filed:

        A.  Informal comments:

            i.  United States Trustee
            ii.  Official Committee of Unsecured Creditors

    Status: An order has been entered.  No hearing is required.

3. Motion of Debtors for Entry of Order (I) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code), (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 83, 2/23/23]

Objection Deadline:   March 9, 2023 at 4:00 p.m. (ET)

Related Documents:

   A. Certification of Counsel [D.I. 121, 3/11/23]

   B. Order (I) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code), (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 128, 3/14/23]

Objections Filed:

   A. Informal comments:

      i. United States Trustee
      ii. Official Committee of Unsecured Creditors

Status: An order has been entered.  No hearing is required.

## UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL, CERTIFICATE OF NO OBJECTION

4. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief [D.I. 5, 2/20/23]

   Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

   Related Documents:

      A. Interim Order (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief [D.I. 62, 2/22/23]

      B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

      C. Certification of Counsel [D.I. 144, 3/19/23]

      **D. Final Order (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief [D.I. 163, 3/20/23]**

   Objections Filed:

      A. Informal comments:

         i. United States Trustee

      ii.    Official Committee of Unsecured Creditors

Status: **An order has been entered.**

5. Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of, or Worthlessness Deductions With Respect to, Stock of the Debtors and (II) Granting Related Relief [D.I. 6, 2/20/23]

    Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Interim Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of, or Worthlessness Deductions With Respect to, Stock of the Debtors and (II) Granting Related Relief [D.I. 74, 2/23/23]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

    C. Certification of Counsel [D.I. 148, 3/19/23]

    D. **Final Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of, or Worthlessness Deductions With Respect to, Stock of the Debtors and (II) Granting Related Relief [D.I. 167, 3/20/23]**

    Objections Filed:

    A. Informal comments:

        i.   Official Committee of Unsecured Creditors

    Status: **An order has been entered.**

6. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Insurance Policies and Programs and Surety Bonds and (B) Honor All Insurance Obligations and Bond Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief [D.I. 9, 2/20/23]

    Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Interim Order (I) Authorizing Debtors to (A) Continue to Maintain Insurance Policies and Programs and Surety Bonds and (B) Honor All Insurance Obligations and Bond Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief [D.I. 67, 2/22/23]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

    C. Certification of Counsel [D.I. 146, 3/19/23]

    **D. Final Order (I) Authorizing Debtors to (A) Continue to Maintain Insurance Policies and Programs and Surety Bonds and (B) Honor All Insurance Obligations and Bond Obligations, (II) Modifying Automatic Stay, and (III) Granting Related Relief [D.I. 165, 3/20/23]**

Objections Filed:

    A. Informal comments:

        i. Official Committee of Unsecured Creditors

Status: **An order has been entered.**

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [D.I. 10, 2/20/23]

    Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Interim Order (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [D.I. 75, 2/23/23]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

    C. Certification of Counsel [D.I. 147, 3/19/23]

    **D. Final Order (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [D.I. 166, 3/20/23]**

    Objections Filed:

    A. Informal comments:

        i. United States Trustee
        ii. Official Committee of Unsecured Creditors

    Status: **An order has been entered.**

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief [D.I. 11, 2/20/23]

    Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Interim Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief [D.I. 59, 2/22/23]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

    C. Certification of Counsel [D.I. 145, 3/19/23]

    **D. Final Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief [D.I. 164, 3/20/23]**

Objections Filed:

    A. Informal comments:

        i. Official Committee of Unsecured Creditors

Status: **An order has been entered.**

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Workforce Obligations, (II) Authorizing Continuance of Workforce Programs, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, and (V) Granting Related Relief [D.I. 12, 2/20/23]

    Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

        A. Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, (II) Authorizing Continuance of Workforce Programs, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, and (V) Granting Related Relief [D.I. 73, 2/23/23]

        B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

        C. Certification of Counsel [D.I. 149, 3/19/23]

        **D. Final Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, (II) Authorizing Continuance of Workforce Programs, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators, and (V) Granting Related Relief [D.I. 168, 3/20/23]**

Objections Filed:

    A. Informal comments:

      i. United States Trustee
     ii. Official Committee of Unsecured Creditors

Status: **An order has been entered.**

10. Motion of Debtors for Entry or Interim and Final Orders (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines and (III) Granting Related Relief [D.I. 13, 2/20/23]

    Objection Deadline: March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Interim Order (I) Authorizing Debtor to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines and (III) Granting Related Relief [D.I. 71, 2/23/23]

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

    C. Motion of Debtors for Entry of Order (I) Authorizing Modifications to Cash Management System and (II) Granting Related Relief [D.I. 125, 3/13/23]

    D. Order (I) Authorizing Modifications to Cash Management System and (II) Granting Related Relief [D.I. 134, 3/14/23]

    E. Certification of Counsel [D.I. 143, 3/19/23]

    F. **Final Order (I) Authorizing Debtor to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines and (III) Granting Related Relief [D.I. 162, 3/20/23]**

    Objections Filed:

    A. Informal comments:

        i. Official Committee of Unsecured Creditors

    Status: **An order has been entered.**

11. Debtors' First Omnibus Motion for Entry of Order Authorizing (I) Rejection of (A) Certain Unexpired Leases of Nonresidential Real Property and (B) Certain Executory Contracts,

in Each Case, Effective as of the Petition Date, and (II) Abandonment of Any Remaining Personal Property Located at the Leased Premises [D.I. 19, 2/20/23]

Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

Related Documents:

    A. Notice of Motion [D.I. 80, 2/23/23]

    B. Certification of Counsel [D.I. 141, 3/19/23]

Objections Filed:

    A. Informal comments:

        i. Official Committee of Unsecured Creditors
        ii. Downtown NYC Owner LLC
        iii. SBA
        iv. Crown Castle

Status: **This matter is going forward on an uncontested basis.**

12. Debtors' Second Omnibus Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts, in Each Case, Effective as of the Petition Date [D.I. 20, 2/20/23]

    Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

        A. Notice of Motion [D.I. 81, 2/23/23]

        B. Certification of Counsel [D.I. 142, 3/19/23]

        **C. Order Authorizing Rejection of Certain Executory Contracts, in Each Case, Effective as of the Petition Date [D.I. 161, 3/20/23]**

    Objections Filed:

        A. Informal comments:

            i. Official Committee of Unsecured Creditors
            ii. Crown Castle

    Status: **An order has been entered**.

13. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date [D.I. 86, 3/1/23]

    Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

Related Documents:

A. Certification of Counsel [D.I. 150, 3/19/23]

B. **Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date [D.I. 169, 3/20/23]**

Objections Filed:

A. Informal comments:

   i. United States Trustee

Status: **An order has been entered.**

14. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, Effective as of the Petition Date [D.I. 87, 3/1/23]

    Objection Deadline: March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 151, 3/19/23]

    B. **Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, Effective as of the Petition Date [D.I. 170, 3/20/23]**

    Objections Filed:   None

    Status: **An order has been entered.**

15. Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirement Pursuant to Local Rule 2016-2, and (III) Granting Related Relief [D.I. 88, 3/1/23]

    Objection Deadline: March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 154, 3/19/23]

    B. **Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirement Pursuant to Local Rule 2016-2, and (III) Granting Related Relief [D/I. 172, 3/20/23]**

    Objections Filed:

        A. Informal comments:

            i. United States Trustee

    Status: **An order has been entered.**

16. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants as Administrative Advisor to the Debtors, Effective as of the Petition Date [D.I. 89, 3/1/23]

    Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 153, 3/19/23]

        B. **Order Authorizing the Retention and Employment of Kurtzman Carson Consultants as Administrative Advisor to the Debtors, Effective as of the Petition Date [D.I. 178, 3/21/23]**

    Objections Filed:

    Status: **An order has been entered.**

17. Debtors' Application for an Order Authorizing the Employment and Retention of FTI Consulting, Inc., as Financial Advisor to the Debtors and Debtors in Possession, Effective as of the Petition Date [D.I. 90, 3/1/23]

    Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 152, 3/19/23]

        B. **Order Authorizing Retention of FTI Consulting, Inc., as Financial Advisor to the Debtors and Debtors in Possession, Effective as of the Petition Date [D.I. 171, 3/20/23]**

    Objections Filed:

        A. Informal comments:

            i. United States Trustee

    Status: **An order has been entered.**

18. Motion of Debtors for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [D.I. 107, 3/8/23]

      Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

      Related Documents:

        A.  Certification of Counsel [D.I. 155, 3/19/23]

        B.  **Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [D.I. 173, 3/20/23]**

      Objections Filed:

        A.  Informal comments:

            i.  Official Committee of Unsecured Creditors

      Status: **An order has been entered.**

19.  Motion of the Debtors for Entry of Order (I) Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business and (II) Granting Related Relief [D.I. 108, 3/8/23]

      Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

      Related Documents:

        A.  Certification of Counsel [D.I. 156, 3/20/23]

        B.  **Order (I) Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business and (II) Granting Related Relief [D.I. 174, 3/20/23]**

      Objections Filed:

      Status: **An order has been entered.**

20.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, and (II) Granting Related Relief [D.I. 7, 2/20/23]

      Objection Deadline:    March 15, 2023 at 4:00 p.m. (ET)

      Related Documents:

        A.  Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, and (II) Granting Related Relief [D.I. 57, 2/22/23]

        B.  Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

        C.  **Notice of Amendment to Motion [D.I. 176, 3/20/23]**

        D.  **Certification of Counsel [D.I. 180, 3/21/23]**

  **E. Final Order (I) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, and (II) Granting Related Relief [D.I. 183, 3/21/23]**

Objections Filed:

 A. Informal comments:

  i. Official Committee of Unsecured Creditors

Status: **An order has been entered.**

21. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of (A) Lien Claimants, (B) 503(b)(9) Claimants, and (C) Foreign Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief [D.I. 8, 2/20/23]

 Objection Deadline:   March 15, 2023 at 4:00 p.m. (ET)

 Related Documents:

  A. Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Lien Claimants, (B) 503(b)(9) Claimants, and (C) Foreign Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief [D.I. 58, 2/22/23]

  B. Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 82, 2/23/23]

  **C. Notice of Amendments to Motion [D.I. 177, 3/20/23]**

  **D. Certification of Counsel [D.I. 181, 3/21/23]**

  **E. Final Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Lien Claimants, (B) 503(b)(9) Claimants, and (C) Foreign Vendors, (II) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (III) Granting Related Relief [D.I. 184, 3/21/23]**

 Objections Filed:

  A. Informal comments:

   i. Official Committee of Unsecured Creditors

 Status: **An order has been entered.**

22. Motion of Debtors for Entry of Order (I)(A) Establishing Bidding Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief [D.I. 21, 2/20/23]

Objection Deadline:   March 7, 2023 at 4:00 p.m. (ET).  Extended for the Official Committee of Unsecured Creditors to March 21, 2023, at noon (ET).

Related Documents:

    A.  Notice of Motion [D.I. 45, 2/21/23]

    B.  Declaration of Michael Schlappig in Support of Motion of Debtors for Entry of Order (I)(A) Establishing Bidding Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief [D.I. 93, 3/2/23]

    **C.  Certification of Counsel [D.I. 182, 3/21/23]**

    **D.  Order (I)(A) Establishing Bidding Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief [D.I. 185, 3/21/23]**

Objections Filed:

    E.  Informal comments:

        ii.    Official Committee of Unsecured Creditors
        iii.   United States Trustee

Status:  **An order has been entered.**

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>Dated: March 21, 2023<br>Wilmington, Delaware</td><td>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Joseph M. Mulvihill (No. 6061)<br>Timothy R. Powell (No. 6894)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>       kcoyle@ycst.com<br>       jmulvihill@ycst.com<br>       tpowell@ycst.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Ted A. Dillman (admitted *pro hac vice*)<br>Jeffrey T. Mispagel (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: jeff.bjork@lw.com<br>       ted.dillman@lw.com<br>       jeffrey.mispagel@lw.com<br>       nicholas.messana@lw.com<br><br>Jason B. Gott (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jason.gott@lw.com<br><br>*Counsel for Debtors and Debtors in Possession*</td></tr>
</table>