IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
:
STARRY GROUP HOLDINGS, INC., *et al.*,[1] : Case No. 23-10219 (KBO)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------- x

## DECLARATION OF DARLENE S. CALDERON WITH RESPECT TO THE TABULATION OF VOTES ON THE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF STARRY GROUP HOLDINGS, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Darlene S. Calderon, depose and say under the penalty of perjury:

1.  I am a Director of Corporate Restructuring Services employed by Kurtzman Carson Consultants LLC ("**KCC**"), whose main business address is 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.

2.  I submit this declaration (this "**Declaration**") regarding the solicitation and tabulation of Ballots cast on the *Amended Joint Chapter 11 Plan of Reorganization of Starry Group Holdings, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 272] (as has been and may be further revised, supplemented, modified and/or amended from time to time, the "**Solicited Plan**"),[2] except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Starry Group Holdings, Inc. (9355); Starry, Inc. (9616); Connect Everyone LLC (5896); Starry Installation Corp. (7000); Starry (MA), Inc. (2010); Starry Spectrum LLC (N/A); Testco LLC (5226); Starry Spectrum Holdings LLC (9444); Widmo Holdings LLC (9208); Vibrant Composites Inc. (8431); Starry Foreign Holdings Inc. (3025); and Starry PR Inc. (1214). The debtors' address is 38 Chauncy Street, Suite 200, Boston, Massachusetts 02111.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Solicited Plan, or if not defined therein, in the Disclosure Statement Order (as defined below).

relevant documents. I am authorized to submit this Declaration on behalf of KCC. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. The Court authorized KCC's retention (a) as claims and noticing agent to the Debtors on February 22, 2023 pursuant to the *Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of Petition Date* [Docket No. 61], and (b) as administrative advisor to the Debtors on March 21, 2023 pursuant to the *Order Authorizing the Retention and Employment of Kurtzman Carson Consultants as Administrative Advisor to the Debtors, Effective as of the Petition Date* [Docket No. 178] (together, the "**Retention Orders**"). The Retention Orders authorize KCC to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Solicited Plan. KCC and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

4. On March 31, 2023, the Court entered the *Order (A) Approving the Amended Disclosure Statement; (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Amended Plan and for Filing Objections to the Amended Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief* [Docket No. 271] (the "**Disclosure Statement Order**"), establishing, among other things, the Solicitation Procedures. KCC adhered to the procedures outlined in the Disclosure Statement Order and the Ballots distributed to parties entitled to vote on the Solicited Plan. I supervised the solicitation and tabulation performed by KCC's employees.

A.  **Service and Transmittal of Solicitation Packages and Related Information**

5. Pursuant to the Disclosure Statement Order, on April 5, 2023 and from time to time thereafter, KCC caused the Solicitation Packages to be served on all known Holders of Claims in Class 3 (Prepetition Term Loan Claims) and Class 4 (General Unsecured Claims) (together, the "**Voting Classes**"). In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1 (Other Priority Claims), Class 2 (Other Secured Claims), Class 5 (Intercompany Claims), Class 6 (Subordinated Claims), Class 7 (Intercompany Interests), and Class 8 (Equity Interests) (collectively, the "**Non-Voting Classes**"), and Holders of Unclassified Claims, received the Notice of Non-Voting Status and the Confirmation Hearing Notice. Counterparties to the Debtors' Executory Contracts and Unexpired Leases who did not have scheduled Claims and did not file a Proof of Claim as of the Voting Record Date received the Contract/Lease Notice, all in accordance with the Disclosure Statement Order. Furthermore, KCC caused the Confirmation Hearing Notice to be served on the creditor matrix and all other parties required to receive such notice pursuant to the Disclosure Statement Order. A certificate of service evidencing the foregoing was filed with the Court on April 21, 2023 [Docket No. 339].

6. On April 4, 2023, KCC posted links to the electronic versions of the Solicited Plan, Disclosure Statement, Disclosure Statement Order, and Confirmation Hearing Notice on the public access website at www.kccllc.net/Starry.

7. On April 5, 2023, the Publication Notice was published in *The Wall Street Journal (National Edition)*. An affidavit evidencing the publication of the Publication Notice was filed with the Court on April 26, 2023 [Docket No. 364].

8. KCC also forwarded Solicitation Packages, Notices of Non-Voting Status, Contract/Lease Notices, and Confirmation Hearing Notices to voting, non-voting, and creditor

matrix parties, as applicable, whose packages were returned with a forwarding address or if an alternate address was available. The supplemental certificates of service evidencing the foregoing were filed with the Court [Docket Nos. 418 & 430].

9.      Between April 10, 2023 and May 8, 2023, KCC caused to be served supplemental Solicitation Packages on Holders of Claims entitled to vote who filed claims after the Voting Record Date, but on or before the General Bar Date. Supplemental Solicitation Packages we also served on Governmental Units that filed Claims on or before the Voting Deadline. A supplemental certificate of service evidencing the foregoing was filed with the Court on May 17, 2023 [Docket No. 431] (together with the certificates of service filed on April 21, 2023, May 12, 2023, and May 17, 2023, the "**Solicitation Affidavits**").

**B.      The Tabulation Process**

10.     The Disclosure Statement Order established March 31, 2023 as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Notice of Non-Voting Status, as applicable. Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3 (Prepetition Term Loan Claims) and Class 4 (General Unsecured Claims) were entitled to vote to accept or reject the Solicited Plan. No other Classes were entitled to vote on the Solicited Plan.

11.     In accordance with the Solicitation Procedures, KCC worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such Holders. A detailed description of KCC's distribution of Solicitation Packages is set forth in the Solicitation Affidavits.

12.     In accordance with the Solicitation Procedures, KCC received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Solicited Plan.  Each Ballot submitted to KCC was date-stamped, scanned, assigned a Ballot number, entered into KCC's voting database, and processed.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Solicited Plan (or such Holder's representative), (c) returned to KCC via an approved method of delivery set forth in the Solicitation Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by KCC on or before the Voting Deadline (*i.e.*, 5:00 p.m. (Eastern Time) on May 15, 2023 unless extended in writing by the Debtors), which was established by the Disclosure Statement Order.

13.     The final tabulation of votes cast by timely and properly completed Ballots received by KCC is attached hereto as <u>Exhibit A</u>.  The detailed Ballot report for the Class 3 (Prepetition Term Loan Claims) and Class 4 (General Unsecured Claims) Ballots is attached hereto as <u>Exhibit A-1</u> and <u>Exhibit A-2</u>, respectively.

**C.      Ballots That Were Not Counted**

14.     A report of any Ballots from parties in the Voting Classes excluded from the final tabulation, and the reasons for exclusion of such Ballots, is attached hereto as <u>Exhibit B</u>.  All such Ballots were not counted for one of the following reasons: Ballot did not indicate an acceptance or rejection of the Solicited Plan (*i.e.*, an "abstained" vote); or the Ballot was returned late.

**D.      Opt-Out Election**

15.     KCC also reviewed and documented which Entities submitted a Ballot rejecting the Plan and checked the box on such Ballot to opt out of the Third-Party Release.  A report of all Entities who opted out of the Third-Party Release by checking the opt-out box and rejected the Plan is

attached hereto as Exhibit C.  For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received, including those reported on Exhibit C, but rather is providing these opt-out election results for reporting and informational purposes only.

[*Remainder of page left intentionally blank*]

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Solicited Plan is true.

Dated:  May 22, 2023

/s/ *Darlene S. Calderon*
Darlene S. Calderon
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Ballot Tabulation Summary**

| Class Name | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Class Accepted or Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Prepetition Term Loan Claims | 0 | 31 | 31 | 0 | 100.00% | 0.00% | $287,509,059.22 | $287,509,059.22 | $0.00 | 100.00% | 0.00% | **Accepted** |
| 4 | General Unsecured Claims | 4 | 74 | 65 | 9 | 87.84% | 12.16% | $20,270,282.99 | $14,836,225.68 | $5,434,057.31 | 73.19% | 26.81% | **Accepted** |

# Exhibit A-1

**Exhibit A-1**
**Class 3 Ballot Detail**
**Prepetition Term Loan Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Lender 001 | 05/12/2023 | 63 | Redacted | Accept |
| Lender 002 | 05/12/2023 | 64 | Redacted | Accept |
| Lender 003 | 05/12/2023 | 65 | Redacted | Accept |
| Lender 004 | 05/12/2023 | 67 | Redacted | Accept |
| Lender 005 | 05/12/2023 | 66 | Redacted | Accept |
| Lender 006 | 05/12/2023 | 68 | Redacted | Accept |
| Lender 007 | 05/15/2023 | 95 | Redacted | Accept |
| Lender 008 | 04/13/2023 | 8 | Redacted | Accept |
| Lender 009 | 05/15/2023 | 93 | Redacted | Accept |
| Lender 010 | 05/15/2023 | 94 | Redacted | Accept |
| Lender 011 | 05/12/2023 | 70 | Redacted | Accept |
| Lender 012 | 05/12/2023 | 69 | Redacted | Accept |
| Lender 013 | 05/12/2023 | 71 | Redacted | Accept |
| Lender 014[1] | 05/17/2023 | 108 | Redacted | Accept |
| Lender 015 | 05/11/2023 | 59 | Redacted | Accept |
| Lender 016 | 05/12/2023 | 72 | Redacted | Accept |
| Lender 017 | 05/12/2023 | 74 | Redacted | Accept |
| Lender 018 | 05/12/2023 | 73 | Redacted | Accept |
| Lender 019 | 05/12/2023 | 75 | Redacted | Accept |
| Lender 020 | 05/12/2023 | 77 | Redacted | Accept |
| Lender 021 | 05/12/2023 | 76 | Redacted | Accept |
| Lender 022 | 05/12/2023 | 78 | Redacted | Accept |
| Lender 023 | 05/15/2023 | 103 | Redacted | Accept |
| Lender 024 | 05/15/2023 | 96 | Redacted | Accept |
| Lender 025 | 05/15/2023 | 97 | Redacted | Accept |
| Lender 026 | 05/12/2023 | 80 | Redacted | Accept |
| Lender 027 | 05/12/2023 | 79 | Redacted | Accept |
| Lender 028 | 05/12/2023 | 81 | Redacted | Accept |
| Lender 029 | 05/12/2023 | 84 | Redacted | Accept |
| Lender 030 | 05/12/2023 | 82 | Redacted | Accept |
| Lender 031 | 05/12/2023 | 83 | Redacted | Accept |

[1] Debtors provided Claimant with an extended voting deadline to 11:59pm ET on May 17, 2023

# Exhibit A-2

**Exhibit A-2**
**Class 4 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| 1050 Grand Ave / CALAX0058 / CALAX0058 | 05/08/2023 | 47 | $792.12 | Accept |
| 3635 Fashion Way / S-LAXLAX0222-A / CALAX0109 | 04/13/2023 | 7 | $1,278.80 | Accept |
| 535 S Gramercy Place / CALAX0497 / CALAX0497 | 04/26/2023 | 22 | $361.06 | Accept |
| Alan J. MacKenzie | 05/02/2023 | 33 | $4,323.36 | Accept |
| All In Electrical | 04/16/2023 | 10 | $12,095.00 | Accept |
| Altex | 04/12/2023 | 2 | $2,381.41 | Accept |
| American Towers LLC and Related Entities | 05/15/2023 | 92 | $3,916,440.63 | Reject |
| Ammar Nuruddin | 05/08/2023 | 50 | $6,534.00 | Accept |
| Avnet Electronics Marketing | 04/25/2023 | 21 | $197,585.60 | Accept |
| Berkeley Nucleonics Corporation | 05/03/2023 | 35 | $13,717.13 | Accept |
| BoardTek Electronics Corp | 05/15/2023 | 91 | $166,663.02 | Accept |
| CF Principal Investments LLC | 05/15/2023 | 101 | $907,725.97 | Accept |
| Chad S Philpott | 05/07/2023 | 44 | $3,082.50 | Reject |
| Chara Spears | 05/14/2023 | 88 | $51,000.00 | Accept |
| CHLOE LI | 05/04/2023 | 40 | $1,186.56 | Accept |
| Colleen Perry Keith and Barry Allen Keith | 05/02/2023 | 31 | $5,700.00 | Accept |
| Columbus Metropolitan Club | 05/01/2023 | 28 | $3,500.00 | Accept |
| Crystek Crystals Corporation | 04/26/2023 | 27 | $614.53 | Accept |
| Custom Tool Supply- Capitol One CC | 04/18/2023 | 16 | $619.63 | Accept |
| Deborah Casper | 04/18/2023 | 14 | $689.00 | Accept |
| EAN SERVICES LLC | 04/18/2023 | 15 | $114,454.14 | Accept |
| Elite Protective Services | 04/12/2023 | 4 | $5,300.00 | Accept |
| Erynne Davis[2] | 05/15/2023 | 105 | $500.00 | Accept |
| ETM Manufacturing | 04/11/2023 | 1 | $3,279.00 | Accept |
| Euler Hermes N.A - Agent for Automationdirect.com Inc. | 04/17/2023 | 12 | $9,913.13 | Accept |
| Euler Hermes N.A - Agent for WPG Americas Inc. | 04/17/2023 | 11 | $5,760.00 | Accept |
| Goodbon Technology Inc | 05/07/2023 | 43 | $895.00 | Accept |
| Green Environmental, Inc | 05/08/2023 | 46 | $3,450.00 | Accept |
| Hardware Specialty Co., Inc | 05/04/2023 | 38 | $19,215.67 | Accept |
| Harold W Cranswick | 05/06/2023 | 42 | $3,942.40 | Reject |
| Heilind Electronics Inc | 05/03/2023 | 34 | $16,527.31 | Accept |
| HoustonHogle LLP | 04/12/2023 | 3 | $47,476.74 | Accept |
| Hubbard/Curtis St. LLC | 04/22/2023 | 17 | $157,236.36 | Accept |
| Hunaid Mahesri | 05/14/2023 | 87 | $105,057.00 | Accept |
| Jason Engle | 05/04/2023 | 36 | $477.00 | Accept |
| JL TELECOMMUNICATIONS INC | 05/09/2023 | 55 | $116,333.00 | Accept |
| Joel Stone | 05/13/2023 | 85 | $3,477.86 | Accept |
| JOSEPH CHAKKALAKAL | 05/11/2023 | 62 | $4,082.02 | Accept |
| Joy Kruger | 05/06/2023 | 56 | $7,000.01 | Accept |
| JRE TEST LLC | 04/24/2023 | 19 | $23,638.00 | Accept |
| Junk King Middlesex | 05/02/2023 | 18 | $3,012.75 | Accept |
| Kabilka, et al[2] | 05/15/2023 | 104 | $1,250,000.00 | Reject |
| Kamran Bakhtian | 05/04/2023 | 37 | $1,841.98 | Accept |

**Exhibit A-2**
**Class 4 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Lehigh Outfitters, LLC | 05/01/2023 | 29 | $1,696.98 | Accept |
| Linda Nguyen | 05/11/2023 | 57 | $14,020.00 | Reject |
| Luis A. Herrera Mendez | 04/27/2023 | 23 | $227.80 | Accept |
| Mathew Berkholtz | 05/09/2023 | 51 | $13,914.60 | Accept |
| Nancy M Whitehurst | 05/09/2023 | 52 | $200.00 | Accept |
| Paul Beutelman | 04/28/2023 | 25 | $648.00 | Reject |
| Peter K. Bennett | 04/27/2023 | 24 | $2,168.95 | Accept |
| Polycase | 05/15/2023 | 100 | $20,714.61 | Accept |
| Prince Lobel Tye LLP | 05/11/2023 | 60 | $9,109.34 | Accept |
| Prudential Group Insurance | 05/08/2023 | 49 | $41,222.28 | Accept |
| Prudential Group Insurance - NY | 05/08/2023 | 48 | $7,056.87 | Accept |
| Ralph Derrico & Regina Derrico | 05/02/2023 | 32 | $1.00 | Accept |
| Randstad North America | 04/13/2023 | 6 | $84,853.84 | Accept |
| Robert Taulbee | 04/28/2023 | 26 | $1,232.00 | Accept |
| Rowland & Moore LLP[3] | 05/18/2023 | 98 | $3,535.00 | Accept |
| Ryan Chow | 04/18/2023 | 13 | $4,802.40 | Accept |
| Safety Compliance Management, Inc. | 05/15/2023 | 102 | $2,421.90 | Accept |
| Shenzhen Sayes Technology Co., Ltd. | 05/15/2023 | 99 | $621,584.57 | Accept |
| Steven Ha and Linda Nguyen | 05/11/2023 | 58 | $7,989.00 | Accept |
| Steven Lurenz | 05/02/2023 | 30 | $2,990.20 | Reject |
| TennVac Technology Co., Ltd. | 05/15/2023 | 89 | $1,270.00 | Accept |
| Thai First Precision IND. Co., Ltd | 04/24/2023 | 20 | $1,375.00 | Accept |
| Top Tier Properties LLC | 05/09/2023 | 54 | $5,000.00 | Accept |
| Total Warehouse Inc | 04/12/2023 | 5 | $12,574.00 | Accept |
| Totech Europe B.V. | 05/05/2023 | 41 | $30,068.00 | Reject |
| US Roofing | 05/09/2023 | 53 | $660.00 | Accept |
| Valmont Site Pro 1 | 05/15/2023 | 90 | $32,485.65 | Accept |
| Wallaby Connect LLC | 05/14/2023 | 86 | $212,865.58 | Reject |
| Wesley Chung | 05/04/2023 | 39 | $1.00 | Accept |
| Zayo Group LLC[4] | 05/19/2023 | 109 | $74,476.39 | Accept |
| Zyxel Communications, Inc[2] | 05/15/2023 | 106 | $11,859,958.34 | Accept |

[2] Debtors provided Claimant with an extended voting deadline to 11:59pm ET on May 15, 2023

[3] Debtors provided Claimant with an extended voting deadline to 11:59pm ET on May 18, 2023

[4] Debtors provided Claimant with an extended voting deadline to 11:59pm ET on May 19, 2023

# Exhibit B

**Exhibit B**
**Ballots Excluded from Tabulation**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Reason Excluded |
|---|---|---|---|---|---|---|
| 4605 Lankershim Blvd / S-LAXLAX0335-A / CASFV0012 | 04/13/2023 | 9 | $10.17 | Abstain | 4 General Unsecured Claims | Abstained |
| Brian Coffey | 05/16/2023 | 107 | $50,680.75 | Reject | 4 General Unsecured Claims | Late Filed |
| Chau, Tom | 05/08/2023 | 45 | $133,383.16 | Abstain | 4 General Unsecured Claims | Abstained |
| Oracle | 05/11/2023 | 61 | $1,264.20 | Abstain | 4 General Unsecured Claims | Abstained |

# Exhibit C

**Exhibit C**
**Opt-Out Summary**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Release |
|---|---|---|---|---|---|---|
| American Towers LLC and Related Entities | 05/15/2023 | 92 | $3,916,440.63 | Reject | 4 General Unsecured Claims | Yes |
| Chad S Philpott | 05/07/2023 | 44 | $3,082.50 | Reject | 4 General Unsecured Claims | Yes |
| Harold W Cranswick | 05/06/2023 | 42 | $3,942.40 | Reject | 4 General Unsecured Claims | Yes |
| Kabilka, et al[2] | 05/15/2023 | 104 | $1,250,000.00 | Reject | 4 General Unsecured Claims | Yes |
| Paul Beutelman | 04/28/2023 | 25 | $648.00 | Reject | 4 General Unsecured Claims | Yes |
| Steven Lurenz | 05/02/2023 | 30 | $2,990.20 | Reject | 4 General Unsecured Claims | Yes |
| Totech Europe B.V. | 05/05/2023 | 41 | $30,068.00 | Reject | 4 General Unsecured Claims | Yes |
| Wallaby Connect LLC | 05/14/2023 | 86 | $212,865.58 | Reject | 4 General Unsecured Claims | Yes |

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Opt Out of Release |
|---|---|---|---|---|---|---|
| Linda Nguyen | 05/11/2023 | 57 | $14,020.00 | Reject | 4 General Unsecured Claims | No |

[2] Debtors provided Claimant with an extended voting deadline to 11:59pm ET on May 15, 2023